Michael Luskin
Lucia T. Chapman
Stephan E. Hornung
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 597-8200
Facsimile: (212) 974-3200

*Attorneys for Richard J. Davis, Chapter 11
Trustee of Fletcher International, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>FLETCHER INTERNATIONAL, LTD.,<br><br>Debtor. | Case No. 12-12796 (REG) |
| RICHARD J. DAVIS, solely in his capacity as Chapter 11 Trustee of FLETCHER INTERNATIONAL, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>FLETCHER INTERNATIONAL, INC.,<br><br>Defendant. | Adv. Proc. No. 13-01814 (REG) |

## NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference scheduled for

February 13, 2014 at 9:45 a.m. **has been adjourned to February 20, 2014 at 9:45 a.m.** before

the Honorable Robert E. Gerber, United States Bankruptcy Court for the Southern District of

New York (the "**Court**"), at One Bowling Green, New York, New York 10004, Room 523.

-2-

Dated: New York, New York
February 11, 2014

                              LUSKIN, STERN & EISLER LLP

                              By: /s/ Michael Luskin
                                   Michael Luskin
                                   Lucia T. Chapman
                                   Stephan E. Hornung

                            Eleven Times Square
                            New York, New York 10036
                            Telephone: (212) 597-8200
                            Facsimile: (212) 974-3205

                            *Attorneys for Richard J. Davis, Chapter 11 Trustee of Fletcher International, Ltd.*